22-6074-SNOW



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) ) | JUDGE LIOI |
| v. ) ) | CASE NO. 20 CR 292 |
| HASANI THOMAS, ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |
| Defendant. ) | |

COUNT 1
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. § 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about April 22, 2020, in the Northern District of Ohio, Eastern Division, Defendant HASANI THOMAS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Possession and Trafficking Offenses, Case Number CR-06-481780-A, in the Cuyahoga County Court of Common Pleas, on or about September 6 2007; Having Weapons Under Disability, Case Number CR-10-539914-A, in the Cuyahoga County Court of Common Pleas, on or about November 5, 2010; Trafficking Offense, Case Number CR-11-548045-A, in the Cuyahoga County Court of Common Pleas, on or about July 5, 2011; Having Weapons Under Disability, Case Number CR-14-585213-A, in the Cuyahoga County Court of Common Pleas, on or about July 30, 2014, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Beretta, Model Pico, .380 pistol, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant HASANI THOMAS shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violation; including, but not limited to, the following: Beretta Pico, .380 pistol, serial number PC020517.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

<u>United States v. Hasani Thomas</u>

                                                             A TRUE BILL.

                                                             _____

                                                             FOREPERSON

JUSTIN E. HERDMAN
United States Attorney

By: _____
     ROBERT F. CORTS, Chief
     OCDETF Unit